[No. 8,743.—Department One.]
November 23, 1882.

## THOMAS MENZIES ET AL. *v.* THE BOARD OF EQUALIZATION OF THE COUNTY OF MONO.

CERTIORARI TO BOARD OF EQUALIZATION—PRACTICE.—Application for writ of certiorari denied on the ground that the petition did not show a sufficient reason why the application should not have been made to the Superior Court.

APPLICATION for writ of certiorari to the Board of Equalization of the County of Mono to review an order of the Board directing the Assessor to assess to the plaintiffs a mortgage standing in their names upon the records of the county which had not previously been assessed. The affidavit alleged that no notice was given by the Clerk of the proposed action by the Board, as required by Section 3681 of the Political Code, and further alleged as follows: " That petitioners made this application to this Court in the first instance for the reason that the application will only present a question of law, which must in the end be determined by this Court; and for the further reason that there is not time to apply to the Superior Court, and by appeal to this Court obtain a final judgment before the time fixed by law for the payment of taxes for said fiscal year."

*Lloyd & Wood,* for Plaintiffs.

No brief on file for Defendant.

The COURT:

The application for a writ of review is denied, the petition showing no sufficient reason why the application should not have been made to the Superior Court.